**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darvenel SANON, Defendant–Appellant.**

**No. 09–10458
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 18, 2009.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Mark Clifford Katzef, Law Offices of Mark C. Katzef, P.A., Miami, FL, for Defendant–Appellant.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Mark C. Katzef, appointed counsel for Darvenel Sanon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED** and Sanon's conviction and sentence are **AFFIRMED**.